UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Gloria Ewing, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 04-11094 GAO |
| Indevus Pharmaceuticals, Inc., et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been

manually filed with the Court and are available in paper form only:

Certified Copies of Middlesex Superior Court docket and pleadings.

The original documents are maintained in the case file in the Clerk's Office.

Dated:  June 12, 2004                    /s/ Janice W. Howe
                                        William A. McCormack  BBO #329580
                                        Janice W. Howe BBO #242190
                                        David Yamin BBO #562216
                                        Bingham McCutchen LLP
                                        150 Federal Street
                                        Boston, MA  02110
                                        (617) 951-8000
                                        *Counsel for Defendants Wyeth and*
                                        *Wyeth Pharmaceuticals, Inc.*