UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------- x
GLORIA M. EWING; KELLIE C. ANDERSON; :
MITZI L. BEAMAN; SANDY K. CARPENTER; :
EFFIE CHAMBLISS; KATHLEEN M. CUEVAS; :
KAREN A. DAVIS; STEPHEN K. DAVIS; JAN :
C. DICKEY; DENISE F. DINGLER; :
CHARLENE EATON; NATALIE B. :
FOURNIER; CATHY G. HAYNSWORTH; :
KAREY M. HILL; MARY E. HOBSON; IVA J. :
LEWIS; CHARLES K. LITTLE; JANICE L. :
MABRY; LUCITA SELMON; DELORES L. :
SHANKLE, :
                                                          :
        Plaintiffs                                    :       Civil Action
v.                                                      :       No. 04-11094-GAO
                                                          :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER :
INGELHEIM PHARMACEUTICALS, INC., :
                                                          :
        Defendants                                  :
---------------------------------- x

**<u>NOTICE OF APPEARANCE</u>**

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 14, 2004  
       Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule  
Matthew J. Matule (BBO #632075)  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
One Beacon Street  
Boston, Massachusetts 02108  
(617) 573-4800

Of Counsel:  
Barbara Wrubel  
Katherine Armstrong  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
Four Times Square  
New York, NY 10036  
(212) 735-3000

Counsel for Defendant  
Boehringer Ingelheim Pharmaceuticals, Inc.