UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GLORIA M. EWING; KELLIE C. ANDERSON; :
MITZI L. BEAMAN; SANDY K. CARPENTER; :
EFFIE CHAMBLISS; KATHLEEN M. CUEVAS; :
KAREN A. DAVIS; STEPHEN K. DAVIS; JAN :
C. DICKEY; DENISE F. DINGLER; :
CHARLENE EATON; NATALIE B. :
FOURNIER; CATHY G. HAYNSWORTH; :
KAREY M. HILL; MARY E. HOBSON; IVA J. :
LEWIS; CHARLES K. LITTLE; JANICE L. :
MABRY; LUCITA SELMON; DELORES L. :
SHANKLE, :
                                                                     :
     Plaintiffs,                              :   Civil Action
v.                                                                   :   No. 04-11094-GAO
                                                                     :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER :
INGELHEIM PHARMACEUTICALS, INC., :
                                                                     :
     Defendants.                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

| | |
|---|---|
| Dated:  August 27, 2004<br>          Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br>Counsel for Defendant<br>Indevus Pharmaceuticals, Inc. |